③

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William K. McMahon
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The Rockland County Correctional Center
Louis Falco III Sheriff, Chief of
Corrections Anthony J Volpe,
Correction officer's Peter orlando,
C. Hickey, and Bauer, and the
County of Rockland.
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# 15CV8768

**COMPLAINT**

under the

Civil Rights Act, 42 U.S.C. § 1983

(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No

(check one)

RECEIVED
NOV -6 2015
PRO SE OFFICE

---

## I. Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name   William K. McMahon
                ID #   000015256    Jacket #
                Current Institution  51 New Hempstead Rd. Rockland County Jail
                Address  51 New Hempstead Rd. Rockland County
                         New City, N.Y. 10956

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  LOUIS FALCO, III Sheriff   Shield # _____
                  Where Currently Employed  53 New Hempstead Road County Jail
                  Address  53 New Hempstead Road New City, N.Y.
                           10956

*Rev. 05/2010*                                  1

④

*Chief of Corrections*

**Defendant No. 2**

Name Anthony J. Volpe     Shield #_____

Where Currently Employed Rockland County Correctional Center

Address Rockland County 53 New Hempstead Road New City, N.Y. 10956

**Defendant No. 3**

Name C.O. Peter Orlando     Shield #_____

Where Currently Employed Rockland Correctional Center

Address Rockland County 53 New Hempstead Road New City, N.Y. 10956

**Defendant No. 4**

Name Correctional officer C. Hickey     Shield #_____

Where Currently Employed Rockland Correctional Center

Address Rockland County 53 New Hempstead Road New City, N.Y. 10956

**Defendant No. 5**

Name Correctional officer Bauer     Shield #_____

Where Currently Employed Rockland Correctional Center

Address Rockland County 53 New Hempstead Road New City, N.Y. 10956

---

**II. Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

Rockland County Correctional Center

B. Where in the institution did the events giving rise to your claim(s) occur?

A Wing and in C Wing in the Jail

C. What date and approximate time did the events giving rise to your claim(s) occur?

East 5/28/15 and on 6/26/15
2230 HRS
on or about     on or about 12:30 PM

Correctional Officer - C.O.

D. Facts: CO. Peter Orlando informed inmate at the Rockland County Jail that I did not registry as a sex offender in ten day of leving the Jail 4-13-15, asked Why CO. Orlando did it and got Lockin 23 HRS for 20 Days and moved from A Wing of the Jail to C Wing of the Jail (was only in A Wing three Days)

Now in C Wing 20 days later CO.'s Baver, C. Hickey of C Wing of the Jail informed inmate the same nature of my charges Compromissed my safety, and made me Vulnerable for a assault that give me a serious concussion on the day of 6/26/15 at 12:30 PM, When OC. C. Hickey told inmate Shamar Lewallen let see a good Fight and uesd inmate Lewallen as a weapon on me as CO.'s Hickey and Baver Look on, and had time to stop the assault, it's all on Video or tape, sheriff Department his it, The CO.'s here, not all of them, But some targeted me inmate with a abuse all the time. not all the CO. are bad in here, some are good. On that Day 40 inmates 6-26-15 at 12:30 PM

CO.'s C. Hickey, Baver., also see letter to State Inspector General for more Facts, Thank you

Who did
what?

**III.  Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Have Neck Pain

Received a serious Concussion for over one and half Months, I'm having trouble focuing, Bad mental Clarity, dizzyness, can't remember thing, it's in my file with the Doctor here in the Jail can't think right, anymore, headache's on and off, I'm have Panic and anxiety attack's of the assault confusion

**IV.  Exhaustion of Administrative Remedies:**  and a form of P.T.S.D for the assault

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes X  No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Rockland County Correctional_
_Center 53 New Hempstead Rd New City, N.Y. 10956_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__   No ____   Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No __✓__   Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __✓__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Rockland County Correctional Center_

1.    Which claim(s) in this complaint did you grieve? _all of theme_

2.    What was the result, if any? _grievance denyed_

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _I appeal them all, and_
_Wrod. to the Catherine Leahy Scott, State_
_Inspector General for the N.Y.S. Commission of Corrections_
_% Alfred E. Smith to investigate my claie's_
_and statements_        _grievance denyed_

F.    If you did not file a grievance:    _stated the there is no evidence of wrongdoing_

1.    If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

4

Rev. 05/2010

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes _____   No _____
If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes _____   No _____
If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

*Rev. 05/2010*                                        6

when and how, and their response, if any: _____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. _____

asked Help for Chief of Correction here at the Jail,
also Anthony V. Volpe, also State Inspector geneal,
Rockland Countys D.A's Office, Alfred E. Smith of
New York State Commission of Corrections

<u>Note:</u>  You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). Give the Inspector General
more power of the Department of Correction, for a
Safe, Stable and Humane Correctional system in the
State of New York, I still have trouble focing, my thinking
is not the same I'm physicaly and mentaly, the monetary
Compensation will Help with the fears over the Jail and
assault, I have neck pain, Im very fearfull about people,
I could have been killed, I'm a bridge painter and I cant do
that anymowe now mader 48$ hrs, the compl compensation will
Help me mental health in the years to come, not just now.
Its will Help me find new Job skill, I'm noth the same
any more I live in fear of everything now!, Maybe
this will show Rockland County Correctional Center that
the abuse must stop!        $1.5 mollion dollars

VI.   Previous lawsuits:

**On these claims**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      Yes ____   No ✓

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of _October_ , 20 15

Signature of Plaintiff     _Willm K McClushm_

Inmate Number     Jacket #: 000015256

Institution Address     Rockland County Correction
Center, 51 New Hempstend Rd.
New City, N.Y. 10956

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Wilt K McK_

8/30/15

) : Chief of Corrections, Anthony J. Volpe
Rockland County Correction Center.

m : William McMahon R.C.J. A#11

ject :  Legal Requst for all reports
of my Disciplinary Lockin of
5/28/15 to 6/17/15 by Sgt. Mirakaj.
Inmates of A Wing stated that the
Correctionl office working the 3 to 11 on
5/28/15 told them of the nature
of my charger, I asked the C.O.
Why he did that, and got Lonkdown
for 20 days. that was in A Wing.
"Was only in A Wing for three Days"
Moved to C.Wing, one correction
office C. Hiekey I believe told
more of the inmates of C Wing the
nature of my chargers, onec out
of Lockin this compromised my
safety, and made me Vulnerable
for a assault that give me a
serious concussion, on the Day
of the assault C.O. Baver sided
with inmate Lewallen, Shamar and
said I'm Looking to see a good
Fight to day, to Lewallen, the
C.O. Baver vesed the inmate as a
Weapon on me, as cois Baver,
and Hiekey Looked on, They
could have stoped it befor it
heppen, they had All the time
in the world. This is all on tape.
"No"? and if not, Why not? C.O.
Baver is a psyhopath and Clearly
unfit for his Job. Look's like
a little Rikers in Rockland
I'm having Panic and anxiety attacks

must have some "P.T.S.D" from the assault. So Chief Anthony I Volpe You see my problem "No?"

I was in A Wing and C Wing to last year 9/29/14 to 4/13/15 with no trouble with any inmates for six and a half months and now all of this comes down on me. Your Correctional Offices "not all of them," nasty and Vindictive, I'm not delusional or paranoid,

* But this is my Legal
* Complaint to you Chief Volpe
* I requst you file it, I will I don't know the official boundaries here and need Legal Help porfessional Legal Help, I hope I'm not going to be a targeted in your Jail over this complaint, you have some narcissistic and Violent Correctoinl offices in this Jail, don't need my life threaten anymore then it has been. No need for the inspector general at this time,
     Thank you Chief Volp for your Help in this matter

          Willie K McMahon  8/30/15

I will need Help whit the Law computer, good with Books only.

(11)

'9/17/15

O : Catherine Leahy Scott
State Inspector General
New York State Commissiom of
Corrections

OM: William K McMahon, Rockland County
Correctional Center 51 new Hempstead
Rd. New City N.Y, 10956 intake Cell
#2

jeot: Only three days in AWing, and only six days
in Jail, on 5-28-15 Correction/ Officer
Peter Orlando told inmates in AWing the
nature of my Charger, I was 21 Days laet(you
see I was homeless) to registring as a
sex offender.)This compromised my safety.
I asked the Correctional Officer Orlando
Why he state that to them and got
Lockin for 20 Days for falure to comply
with a order and moved to C Wing, I
should have been placed in Protective
Custody at this pioint, Now in CWing
Correctional Office Baver told moor in inmates
in CWing my Charger and at this point
it Compromised my Safety and make me
Vrlnerable for assault, inmates in CWing
became prejudiced, angry and hateful and
on 6-26-15 about 12:40 PM inmate
Shamar Lewallen assault me, befor the
assault C.O. C.Hickey told inmate Lewallen
he Looking to see a good Fight to day.
Correction/Officer used inmate Lewallen as
a Weapon on me, as CO's Hickey and
Baver Looked on, the Offices had time
to Lockdown the Wing befor the assault,
but did not, this is all on tape, and if
not, Why not? Its like Rikers in

9/17/15

Rockand I'm haveing panic and anxiety
attacks after my serious concussion.
I'm moved back to A Wing in Protective
Custody only to be abused by CO.'s
and inmates a like, I was ~~stip~~ spit at
asked the CO's for a Sergeant, and
thay told me "OK" but No Sergeant came
to see me, inmates spit in my food I
can see it in the food, stop eating.
only ate When it Looked Saff to eat. Thats
When I wrot a letter to the Chief of
Corrections, Anthony J. Volpe only way I
got a Grievace form, CO.'s would not
give me one, see thay like to abuse the
inmate in Protective Custody, the inmates
are fearfull to say anything 99% of the
time the abuse goes on! I'm fearfull of
the CO.s and the inmates thay uses as
weapons of Fear on Protective Custody
inmates, Now I file a Grievace at the
Same Correctional Center I'm in I Fear I'm
going to be togeted by Corrections in this
Jail, my Grievace investigated by this Jail
and I was appealing the decision, its now
befor the New York State Commission of Corrections,
I feel all the pagers of my Grivace "did not"
go befor them, Ivll bean told that they like
to keep the Grievaces "in house". I'm
asking the State Inspector General
of the State of New York
   Catherine Leahy Scott, to look at
my Complaint, I'm Lock'n for 23 hoves
a day, the Jail moves me from one cell to
a other, I had the concussion for over
a month and a half, its all in the doctors'
file here at this Jail, I have 4 months to
go home? and Fear something will ~~be~~ heppen

(12)

9/17/15

to me, you see I was here from
9-29-14 to 4/15/15 in A & C Wing
and had no trulbe whit any inmates
or C.O.'s So when I came back I know
almost every body in here, and they did
not know why I came back if not
for the Correctional Offices or Sergeants
some body in Corrections told somebody
something about my charger by the six day
of being here in Jail, it's the olny way
I'm Feafully I will not get my Good time
The C.O.'s in this Jail have no name tags
"NO Names" Not all the Correctional Offices
here are nasty, vindictive, narcissistic and
violent, They are some very Good
Correctional Office in this Jail, if I
knew the names I would tell you about
the good one's as well as the bad ones

Thank you for your time
in this matter

Inspector General, Catherin L. Scott
of the New York State Commission of
Correction.

William K. McMahon        9/17/15
William K. McMahon

C: Rockland Count D.A.'s Offices
1 South main St. Sutie 500  New C14, N.Y.
10956

New York State Commission of Correction




## Grievance Form - Part II

**Facility:** ___Rockland County___                      **Grievance #:** _____

**Name of Inmate:** _____            **Date Part 1 was received:** _____

**Decision of the Grievance Coordinator:**               **Number of Additional Sheets Attached** ( )
*(Including specific facts and reasons underlying the decision)*

_____

_____

_____

_____

_____

_____

**Signature of the Grievance Coordinator:** _____        **Date:** _____

( )    I have read the above decision of the Grievance Coordinator
( )    I agree to accept the decision
( )    I wish to appeal to the Chief Administrative Officer

**Grievant Signature:** _____        **Date:** _____

**Decision of the Chief Administrative Officer:**        **Number of Additional Sheets Attached** ( )
*(Including specific facts and reasons underlying the decision)*

_____

_____

_____

_____

_____

**Signature of the Chief Administrative Officer:** _____        **Date:** _____

**PURSUANT TO SECTION 7032.5(A), ANY GRIEVANT MAY APPEAL ANY GRIEVANCE DENIED BY THE FACILITY ADMINISTRATOR, IN WHOLE OR IN PART, TO THE STATE COMMISSION OF CORRECTION.**

( )    I have read the above decision of the Chief Administrative Officer
( )    I agree to accept the decision
( )    I wish to appeal to the Citizen's Policy and Complaint Review Council

**Grievant Signature:** _____        **Date:** _____

**Submission to the Citizen's Policy and Complaint Review Council**

**I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE, THE INVESTIGATION REPORT AND ALL OTHER PERTINENT DOCUMENTS.**

**Signature of the Grievance Coordinator:** _____        **Date:** _____

Form SCOC 7032-2 (6/05)                    Original: Grievance File        Copy: Grievant

New York State Commission of Correction



## Grievance Form – Part I

Facility: __Rockland County__                     Housing Location: _____

Name of Inmate: _____          Grievance #: _____

**Brief Description of the Grievance** *(Completed by the grievant):*          Number of Additional Sheets Attached  (  )

_____
_____
_____
_____
_____
_____
_____
_____

**Action requested by the grievant** *(Completed by the grievant):*          Number of Additional Sheets Attached  (  )

_____
_____
_____
_____
_____
_____
_____
_____

Grievant Signature: _____          Date/Time Submitted: _____

Receiving Staff Signature: _____          Date/Time Received: _____

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*     Number of Additional Sheets Attached (  )
*(Attach relevant documentation)*

_____
_____
_____
_____
_____
_____
_____
_____

Form SCOC 7032-1 (6/05)                     Original:  Grievance Coordinator    Copy:  Grievant

New York State Commission of Correction

 

## Grievance Form - Part I

Facility:____ **Rockland County** _____     Housing Location:_____

Name of Inmate:_____     Grievance #:_____

                                                                                  Number of Additional Sheets Attached  ( )

Brief Description of the Grievance *(Completed by the grievant)*:

_____
_____
_____
_____
_____
_____

Action requested by the grievant *(Completed by the grievant)*:     Number of Additional Sheets Attached  ( )

_____
_____
_____
_____
_____
_____
_____
_____

Grievant Signature:_____     Date/Time Submitted:_____

Receiving Staff Signature:_____     Date/Time Received:_____

Summary of facility staff attempts to resolve *(Completed by Grievance Coordinator)*:     Number of Additional Sheets Attached ( )
*(Attach relevant documentation)*

_____
_____
_____
_____
_____
_____
_____

                                                     Original:  Grievance Coordinator   Copy:  Grievant

Form SCOC 7032-1 (6/05)

57 New Hempstead Rd.
New City, N.Y. 10956

2015 NOV -6  PM 4:14

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Court House
500 Pearl Steet- New York, NY. 10007-1312
OFFICIAL BUSINESS
PRO SE intake unit



USM P3
SDNY

RECEIVED
NOV - 6 2015
PRO SE OFFICE

LEGAL MAIL

Pro-Se
JRB
11/6/15

